UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STACEY LYNN KENNEDY, Appellant | CIVIL DOCKET NO. 2:21-CV-03758 |
| VERSUS | DISTRICT JUDGE CAIN |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner of the Social Security Administration is AFFIRMED, and Kennedy's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers this 26th day of January, 2024.

_____
JAMES D. CAIN
UNITED STATES DISTRICT JUDGE